```
 1  **DIANNE C. KERNS, ESQ.**
    **CHAPTER 13 TRUSTEE**
 2  PMB #413
    7320 NORTH LA CHOLLA #154
 3  TUCSON AZ 85741
    Telephone (520)544-9094
 4  Fax (520)544-7894
 5
 6                    **UNITED STATES BANKRUPTCY COURT**
 7                    **IN AND FOR THE DISTRICT OF ARIZONA**
 8
 9  In re:                              ) CHAPTER 13 PROCEEDINGS
                                        )
10  MARTHA VELASQUEZ                    ) Case No.: 03-00623-TUC-JMM
                                        )
11                                      ) **Application for Payment of Unclaimed**
                                        ) **Funds to the U.S. Bankruptcy Court**
12                                      )
                                        )
13                                      )
              Debtor                    )
14  ─────────────────────────────────────
15       Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy
    estate, reports that the following dividend checks have been issued and returned as
16  undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the
    dates of issuance:
17
    **Check No.    Date Issued     Debtor/Creditor Name and Address     Amount**
18
                              See attached list
19
20
         The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code
21  directing the Trustee to pay over the total amount of $42.63 to the Clerk of the Court to be
    deposited in the registry thereof.
22
23  Dated:  08/25/2009
24
25                                            **/s/ Dianne C. Kerns, #011557**
                                              Dianne C. Kerns, Esq.
26                                            Chapter 13 Trustee
27
28
```

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 135902 | 09/30/2008 | KIVA EMERGENCY PHYSICIANS<br>C/O STUART ALLAN & ASSOC<br>5447 E. 5TH ST #110<br>TUCSON, AZ 85711 | $10.69 |
| 135902 | 09/30/2008 | KIVA EMERGENCY PHYSICIANS<br>C/O STUART ALLAN & ASSOC<br>5447 E. 5TH ST #110<br>TUCSON, AZ 85711 | $12.81 |
| 135901 | 09/30/2008 | KINO COMMUNITY HOSPITAL<br>C/O STUART ALLAN & ASSOC<br>5447 E. 5TH ST #110<br>TUCSON, AZ 85711 | $10.15 |
| 135901 | 09/30/2008 | KINO COMMUNITY HOSPITAL<br>C/O STUART ALLAN & ASSOC<br>5447 E. 5TH ST #110<br>TUCSON, AZ 85711 | $8.98 |
| | | **Total** | **$42.63** |